# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR210 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TERRY RAY BAIN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Terry Ray Bain (Bain) for an extension of the supplemental briefing deadline on pending motions (Filing No. 66). Bain's counsel represents that government's counsel has no objection to the motion. The motion will be granted.

**IT IS ORDERED:**

1. Bain's motion for an extension of time (Filing No. 66) is granted.

2. Bain shall have to **on or before January 26, 2009**, in which to file his supplemental brief on the pending motions in this matter.

3. The government shall have ten (10) workings days thereafter in which to file its response, whereupon, the pending motions shall be deemed submitted.

DATED this 24th day of December, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge